### *Richard Hartshorne and others* v. *David Gelston.*

PENDLETON moved for a struck jury in this suit, which was for erecting a beacon on the plaintiffs' lands at *Sandy-Hook*, after being warned not to do so, on an affidavit, stating a former action and recovery for the same offence, the pendency of two suits for a continuance of the original trespass, and that the defendant was, as he verily believed, reimbursed by the government of the *United States*, for the damages paid in the first action, and would be indemnified by them, against any recovered in the

present, or other suits. These circumstances, and the probability that the general government was interested in the cause, were sufficient, he contended, to make it of such importance as to require a struck jury.

*Per Curiam.* There is nothing in this case which is not fitted to the capacity of an ordinary jury.— The parties litigant do not make a case important.